Certificate Number: 16339-PAM-DE-031297733

Bankruptcy Case Number: 18-02692


16339-PAM-DE-031297733

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 9, 2018, at 11:29 o'clock PM EDT, Amber Lewis completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 9, 2018

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor