# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Amber Nicole Lewis FKA Amber Nicole Daubert | : | Case No.: 18-02692 |
| James P. Lewis, Jr. | : | Chapter 13 |
| Debtor(s). | : | Judge John J. Thomas |
| | : | * * * * * * * * * * * * * * * * * * * * * * |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

> Karina Velter, Esquire
> MANLEY DEAS KOCHALSKI LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-222-4921
> Atty File No.: 18-021633

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

> Respectfully submitted,
>
> /s/ Karina Velter
> Karina Velter, Esquire (94781)
> Kimberly A. Bonner
> Adam B. Hall
> Sarah E. Barngrover
> Manley Deas Kochalski LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> Telephone: 614-220-5611
> Fax: 614-627-8181
> Attorneys for Creditor
> The case attorney for this file is Karina Velter.
> Contact email is kvelter@manleydeas.com

18-021633_KV

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Amber Nicole Lewis FKA Amber Nicole Daubert | : | Case No.: 18-02692 |
| | : | Chapter 13 |
| James P. Lewis, Jr. | : | Judge John J. Thomas |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : | |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Adam R Weaver, Attorney for Amber Nicole Lewis FKA Amber Nicole Daubert and James P. Lewis, Jr., 1407 Blakeslee Blvd. Dr. East, Lehighton, PA 18235, AttyWeaver@icloud.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July 23, 2018:

Amber Nicole Lewis FKA Amber Nicole Daubert and James P. Lewis, Jr., 271 Spittler Rd, Pine Grove, PA 17963-9493

DATE: _July 20, 2018_

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner
Adam B. Hall
Sarah E. Barngrover
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-021633_KV