In re:                                                                  Case No. 18-02692-JJT
Amber Nicole Lewis                                                      Chapter 13
James Paul Lewis,, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: DDunbar              Page 1 of 2          Date Rcvd: Sep 20, 2018
                              Form ID: ntcnfhrg          Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2018.
```
db/jdb         Amber Nicole Lewis,    James Paul Lewis,, Jr.,    271 Spittler Rd,    Pine Grove, PA  17963-9493
5077911        Amer/Peopl Ntl,    8990 W Dodge Rd,    Omaha, NE  68114-3329
5077912       +American Ntl Bank/Peoples Ntl Bank,    8990 W Dodge Rd,    Omaha, NE  68114-3315
5077914      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bk of Amer,     PO Box 982238,    El Paso, TX  79998-2238)
5077913        Bank of America,    4909 Savarese Cir,    Tampa, FL  33634-2413
5096761       +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
5077916        Chase Auto,    PO Box 901003,    Fort Worth, TX  76101-2003
5077918        Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
5077919        Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE  19850-5298
5077920        Citi,    PO Box 6241,    Sioux Falls, SD  57117-6241
5077909        Law Office of Adam R Weaver Esq,     1407 Blakeslee Boulevard Dr E,    Lehighton, PA  18235-9665
5077907        Lewis Amber Nicole,    271 Spittler Rd,    Pine Grove, PA  17963-9493
5077908        Lewis James Paul Jr,    271 Spittler Rd,    Pine Grove, PA  17963-9493
5077925       +MS Hershey Medical Center,    500 University Dr,    Hershey, PA 17033-2390
5077928        Paypal Credit,    PO Box 71202,    Charlotte, NC  28272-1202
5098842        PennyMac Loan Services, LLC,     P.O. Box 2010,    Moorpark, CA 93020
5077929        Pennymac Loan Services,    Attn: Bankruptcy,    PO Box 514387,    Los Angeles, CA  90051-4387
5077930        Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA  93021-2602
5101856        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5077910        E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2018 19:20:11     Ally,    PO Box 9001951,
              Louisville, KY  40290-1951
5080396        E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2018 19:20:11     Ally Bank,    PO Box 130424,
              Roseville, MN 55113-0004
5077915        E-mail/Text: cms-bk@cms-collect.com Sep 20 2018 19:20:53     Captial Management Services, LP,
              698 1/2 S Ogden St,    Buffalo, NY  14206-2317
5077917       +E-mail/Text: bk.notifications@jpmchase.com Sep 20 2018 19:20:55     Chase Auto Finance,
              National Bankruptcy Dept,    201 N Central Ave Apt Msc,    Phoenix, AZ  85004-1071
5080451        E-mail/Text: mrdiscen@discover.com Sep 20 2018 19:20:12     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5077921        E-mail/Text: mrdiscen@discover.com Sep 20 2018 19:20:12     Discover Fin Svcs LLC,
              PO Box 15316,    Wilmington, DE  19850-5316
5077922        E-mail/Text: mrdiscen@discover.com Sep 20 2018 19:20:12     Discover Financial,    PO Box 3025,
              New Albany, OH  43054-3025
5077923        E-mail/Text: bnckohlsnotices@becket-lee.com Sep 20 2018 19:20:48     Kohls/Capital One,
              Kohls Credit,    PO Box 3120,    Milwaukee, WI  53201-3120
5077924       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 20 2018 19:20:48     Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
5102252        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 20 2018 19:25:58
              LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5077926        E-mail/Text: bankruptcynotices@psecu.com Sep 20 2018 19:21:09      P S E C U,
              Attention: Bankruptcy,    PO Box 67013,    Harrisburg, PA  17106-7013
5077927       +E-mail/Text: bankruptcynotices@psecu.com Sep 20 2018 19:21:09      PA Sta Empcu,
              1500 Elmerton Ave,    Harrisburg, PA 17110-2990
5103590        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2018 19:26:41
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5078734       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2018 19:26:19
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5094139       +E-mail/Text: bankruptcynotices@psecu.com Sep 20 2018 19:21:09      PSECU,    PO BOX 67013,
              HARRISBURG, PA 17106-7013
5077931        E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 19:26:41     Syncb/Amer Eagle DC,
              PO Box 965005,    Orlando, FL  32896-5005
5077933        E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 19:26:40     Syncb/Sams Club DC,
              PO Box 965005,    Orlando, FL  32896-5005
5077935        E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 19:26:18     Syncb/Sunglass Hut,
              Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
5077934        E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 19:26:19     Syncb/Sunglass Hut,
              PO Box 965036,    Orlando, FL  32896-5036
5077936        E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 19:26:42     Syncb/Walmart DC,    PO Box 965024,
              Orlando, FL  32896-5024
5077938        E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 19:26:20     Syncb/Wolf Furniture,
              Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
5077937        E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 19:26:41     Syncb/Wolf Furniture,    C/o,
              PO Box 965036,    Orlando, FL  32896-5036
5077932        E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 19:26:19     Syncb/lowes,    PO Box 965005,
              Orlando, FL  32896-5005
5100755       +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 19:26:19     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
5077939        E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 19:26:42     Synchrony Bank/American Eagle,
              Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
```

```
District/off: 0314-5           User: DDunbar              Page 2 of 2                   Date Rcvd: Sep 20, 2018
                               Form ID: ntcnfhrg          Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5077940         E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 19:26:41     Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
5077941         E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 19:26:42     Synchrony Bank/Sams Club,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
5077942         E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 19:26:20     Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
                                                                                                   TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2018 at the address(es) listed below:
```
              Adam R Weaver    on behalf of Debtor 2 James Paul Lewis,, Jr. AttyWeaver@icloud.com,
               G16927@notify.cincompass.com
              Adam R Weaver    on behalf of Debtor 1 Amber Nicole Lewis AttyWeaver@icloud.com,
               G16927@notify.cincompass.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Amber Nicole Lewis,
fka Amber Nicole Daubert,

**Debtor 1**

James Paul Lewis, Jr.,

**Debtor 2**

Chapter 13

Case No. 5:18–bk–02692–JJT

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 30, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: November 6, 2018<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 20, 2018 |

ntcnfhrg (03/18)