United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-02692-MJC
Amber Nicole Lewis  Chapter 13
James Paul Lewis,, Jr.
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Jul 17, 2023     Form ID: 3180W     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Amber Nicole Lewis, James Paul Lewis,, Jr., 271 Spittler Rd, Pine Grove, PA 17963-9493 |
| 5077911 | | Amer/Peopl Ntl, 8990 W Dodge Rd, Omaha, NE 68114-3329 |
| 5077912 | + | American Ntl Bank/Peoples Ntl Bank, 8990 W Dodge Rd, Omaha, NE 68114-3315 |
| 5077909 | | Law Office of Adam R Weaver Esq, 1407 Blakeslee Boulevard Dr E, Lehighton, PA 18235-9665 |
| 5077907 | | Lewis Amber Nicole, 271 Spittler Rd, Pine Grove, PA 17963-9493 |
| 5077908 | | Lewis James Paul Jr, 271 Spittler Rd, Pine Grove, PA 17963-9493 |
| 5077925 | + | MS Hershey Medical Center, 500 University Dr, Hershey, PA 17033-2390 |
| 5100755 | + | Synchrony Bank by AIS, InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 17 2023 22:44:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5077910 | | EDI: GMACFS.COM | Jul 17 2023 22:44:00 | Ally, PO Box 9001951, Louisville, KY 40290-1951 |
| 5080396 | | EDI: GMACFS.COM | Jul 17 2023 22:44:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5423724 | + | EDI: AISACG.COM | Jul 17 2023 22:44:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5077913 | | EDI: BANKAMER.COM | Jul 17 2023 22:44:00 | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5096761 | + | EDI: BANKAMER2.COM | Jul 17 2023 22:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5077914 | | EDI: BANKAMER.COM | Jul 17 2023 22:44:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 5077915 | | Email/Text: cms-bk@cms-collect.com | Jul 17 2023 18:47:00 | Captial Management Services, LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 5077920 | | EDI: CITICORP.COM | Jul 17 2023 22:44:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5080451 | | EDI: DISCOVER.COM | Jul 17 2023 22:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5077921 | | EDI: DISCOVER.COM | Jul 17 2023 22:44:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5077922 | | EDI: DISCOVER.COM | Jul 17 2023 22:44:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 5077916 | | EDI: JPMORGANCHASE | Jul 17 2023 22:44:00 | Chase Auto, PO Box 901003, Fort Worth, TX |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 5077917 | | EDI: JPMORGANCHASE | Jul 17 2023 22:44:00 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Apt Msc, Phoenix, AZ 85004-0073 |
| 5077918 | | EDI: JPMORGANCHASE | Jul 17 2023 22:44:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 5077919 | | EDI: JPMORGANCHASE | Jul 17 2023 22:44:00 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 5077923 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 17 2023 18:47:00 | Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120 |
| 5077924 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 17 2023 18:47:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 5102252 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2023 18:48:30 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5077926 | | Email/Text: bankruptcynotices@psecu.com | Jul 17 2023 18:47:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5077927 | + | Email/Text: bankruptcynotices@psecu.com | Jul 17 2023 18:47:00 | PA Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 5103590 | | EDI: PRA.COM | Jul 17 2023 22:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5078734 | + | EDI: RECOVERYCORP.COM | Jul 17 2023 22:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5094139 | + | Email/Text: bankruptcynotices@psecu.com | Jul 17 2023 18:47:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5077928 | | EDI: RMSC.COM | Jul 17 2023 22:44:00 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 5098842 | | Email/PDF: ebnotices@pnmac.com | Jul 17 2023 18:59:58 | PennyMac Loan Services, LLC, P.O. Box 2010, Moorpark, CA 93020 |
| 5077929 | | Email/PDF: ebnotices@pnmac.com | Jul 17 2023 18:59:33 | Pennymac Loan Services, Attn: Bankruptcy, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5077930 | | Email/PDF: ebnotices@pnmac.com | Jul 17 2023 19:00:02 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 5077931 | | EDI: RMSC.COM | Jul 17 2023 22:44:00 | Syncb/Amer Eagle DC, PO Box 965005, Orlando, FL 32896-5005 |
| 5077933 | | EDI: RMSC.COM | Jul 17 2023 22:44:00 | Syncb/Sams Club DC, PO Box 965005, Orlando, FL 32896-5005 |
| 5077935 | | EDI: RMSC.COM | Jul 17 2023 22:44:00 | Syncb/Sunglass Hut, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5077934 | | EDI: RMSC.COM | Jul 17 2023 22:44:00 | Syncb/Sunglass Hut, PO Box 965036, Orlando, FL 32896-5036 |
| 5077936 | | EDI: RMSC.COM | Jul 17 2023 22:44:00 | Syncb/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 5077938 | | EDI: RMSC.COM | Jul 17 2023 22:44:00 | Syncb/Wolf Furniture, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5077937 | | EDI: RMSC.COM | Jul 17 2023 22:44:00 | Syncb/Wolf Furniture, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5077932 | | EDI: RMSC.COM | Jul 17 2023 22:44:00 | Syncb/lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 5077939 | | EDI: RMSC.COM | Jul 17 2023 22:44:00 | Synchrony Bank/American Eagle, Attn: |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5077940 | EDI: RMSC.COM | Jul 17 2023 22:44:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5077941 | EDI: RMSC.COM | Jul 17 2023 22:44:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5077942 | EDI: RMSC.COM | Jul 17 2023 22:44:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5101856 | Email/PDF: bncnotices@becket-lee.com | Jul 17 2023 18:59:43 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |
| Adam R Weaver | on behalf of Debtor 2 James Paul Lewis , Jr. AttyWeaver@icloud.com |
| Adam R Weaver | on behalf of Debtor 1 Amber Nicole Lewis AttyWeaver@icloud.com |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Amber Nicole Lewis <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7931 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | James Paul Lewis, Jr. <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0303 <br> EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18-bk-02692-MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Amber Nicole Lewis  
fka Amber Nicole Daubert

James Paul Lewis, Jr.

**By the court:**

7/17/23

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W **Chapter 13 Discharge** page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W        **Chapter 13 Discharge**        page 2

Case 5:18-bk-02692-MJC    Doc 48    Filed 07/19/23    Entered 07/20/23 00:25:03    Desc
Imaged Certificate of Notice    Page 7 of 7